# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-53853
Case Name: LONGMIRE, CONSTANCE JUANITA
Trustee Name: Robert S. Thomas II

FILED 2010 APR 27 AM 11:56 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Robert S. Thomas II | $ 452.24 | $ 67.84 |
| *Attorney for trustee* |  | $ | $ |
| *Appraiser* |  | $ | $ |
| *Auctioneer* |  | $ | $ |
| *Accountant* |  | $ | $ |
| *Special Attorney for trustee* |  | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*        *Fees*        *Expenses*

Check No 10107
Receipt No 81432
$349

**UST Form 101-7-TFR (9/1/2009)**

09-53853-mss   Doc 38   FILED 04/27/10   ENTERED 04/27/10 14:57:03   Page 1 of 2

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,468.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Asset Acceptance LLC | $ 164.12 | $ 3.49 |
| 2 | Cavalry Portfolio Services, LLC | $ 994.95 | $ 21.15 |
| 3 | Recovery Management Systems Corporation | $ 27,565.49 | $ 585.88 |
| 4 | Unifund CCR Partners | $ 10,744.11 | $ 228.36 |

**UST Form 101-7-TFR (9/1/2009)**